## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**KEITH PRICE, Individually and
as Father and Next Friend of
Magdelyn Price, a minor**                                                                                     **PLAINTIFF**

**v.**                                      **CASE NO. 4:08-CV-00008 BSM**

**HEWLETT PACKARD COMPANY**                                                           **DEFENDANT**

### JUDGMENT

Pursuant to the order of September 5, 2008, granting defendant's motion to dismiss for insufficiency of service of process, plaintiff's complaint must be dismissed without prejudice against defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant and against plaintiff.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed without prejudice.

IT IS SO ORDERED THIS 10th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE